IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**UNITED STATES OF AMERICA**

v.

**AARON BANKS DIXON**

DOCKET NO. 3:13-MJ-98-DSC

**ORDER FOR DISMISSAL**

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

**SO ORDERED**.

Signed: September 15, 2017

David S. Cayer
United States Magistrate Judge